IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IRBY LLC, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0630-CG-M |
| | ) |
| RACHEL HUSKY WILLIAMS, et al., | ) |
| | ) |
|    Defendants/Third-Party Plaintiff, | ) |
| | ) |
| BAYVIEW LOAN SERVICING, LLC, | ) |
| | ) |
|    Third-Party Defendant. | ) |

## ORDER

This cause is before the court on the Third-Party Defendant's Voluntay Motion to Remand (Doc. 7).

Upon due consideration, the motion is hereby **GRANTED**, and the clerk of court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Washington County, Alabama from whence it was removed.

**DONE and ORDERED** this 28th day of December, 2015.

                                                   /s/ Callie V. S. Granade
                                                 UNITED STATES DISTRICT JUDGE