IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IRBY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0630-CG-M |
| | ) |
| RACHEL HUSKY WILLIAMS, et al., | ) |
| | ) |
| Defendants/Third-Party Plaintiff, | ) |
| | ) |
| BAYVIEW LOAN SERVICING, LLC, | ) |
| | ) |
| Third-Party Defendant. | ) |

## ORDER

For good cause shown and pursuant to the provision of F.R.Civ.P. 60(a), governing the correction of clerical mistakes in a civil case, the court's Order dated December 28, 2015 (Doc. 8) is **AMENDED** as follows:

Upon due consideration, the Voluntary Motion to Remand filed by Third-Party Defendant Bayview Loan Servicing, LLC (Doc. 7) is hereby **GRANTED**, and the clerk of court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Mobile County, Alabama, from whence it was removed.

**DONE and ORDERED** this 13th day of January, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE